# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

John Doe, et al.
      Plaintiff,

v.             Case No.: 1:26−cv−01331
               Honorable Jorge L. Alonso

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 5, 2026:

  MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff has filed two motions before the Court. A motion [3] to proceed under pseudonym and a motion [4] for expedited discovery. Motion [3] does not contain a single citation identifying relevant legal authority that support's Plaintiff's position. And motion [4] contains just one citation to the language of Federal Rule of Civil Procedure 26(d)(1). Motion [3] and motion [4] are denied without prejudice. If Plaintiff wishes to proceed on these arguments, Plaintiff shall refile these motions by 2/11/26 with proper citations that support's Plaintiff's position. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.